**CORNING INCORPORATED,**
Appellant

v.

**DSM IP ASSETS B.V., Appellee**

**Corning Incorporated, Appellant**

v.

**DSM IP Assets B.V., Appellee.**

Nos. 2015–1152, 2015–1162.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2015.

Michael L. Goldman, LeClairRyan, A Professional Corporation, Rochester, NY, argued for appellant. Also represented by Richard A. McGuirk.

Sharon A. Israel, Mayer Brown, LLP, Houston, TX, argued for appellee. Also represented by Kyle E. Friesen; Joseph A. Mahoney, Erick J. Palmer, Chicago, IL.

PROST, Chief Judge, DYK and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**